United States District Court
Southern District of Texas
**ENTERED**
June 01, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROSY CLARET RUBIO PENA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-2550 |
| | § | |
| RANDAL TATE,[1] | § | |
| | § | |
| Respondent. | § | |

**ORDER**

The petitioner, Rosy Claret Rubio Pena, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (Docket Entry No. 1), challenging her continued confinement by immigration authorities. On May 29, 2026, the respondent filed an advisory informing the Court that the petitioner is no longer in custody.

It is **ORDERED** that the petitioner, through counsel, shall respond to the advisory by June 11, 2026. The response shall inform the Court whether the petitioner has been released from custody and, if so, whether the petition is moot.

The Clerk shall provide a copy of this Order to the parties.

---

[1] The Warden is substituted as the sole respondent in place of the other listed respondents because he is the petitioner's immediate custodian as the warden of the Montgomery Processing Center. See Rumsfeld v. Padilla, 124 S. Ct. 2711, 2720 (2004) ("In challenges to present physical confinement, we reaffirm that the immediate custodian, not a supervisory official who exercises legal control, is the proper respondent."); see also 28 U.S.C. § 2243 ("The writ, or order to show cause shall be directed to the person having custody of the person detained.").

**SIGNED** at Houston, Texas, on this 1st day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE